UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Janice Aruffo, | : |
| | : |
| | : Civil Action No.:  2:14-cv-00311-JCJ |
| Plaintiff, | : |
| v. | : |
| | : |
| American Education Services, | : |
| | : |
| Defendant. | : |

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)**

Janice Aruffo, by and through undersigned counsel, hereby dismisses this action <u>without prejudice</u> pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) which provides that a plaintiff may dismiss an action without a court order by filing a "notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Here, Defendant American Education Services has filed neither an answer nor a motion for summary judgment.

WHEREFORE, Plaintiff hereby dismisses this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: March 3, 2014

                      Respectfully submitted,
                      PLAINTIFF, Janice Aruffo
                      /s/ Jody B. Burton
                      Jody B. Burton, Esq.
                      Bar No.: 71681
                      LEMBERG & ASSOCIATES L.L.C.
                      1100 Summer Street, 3rd Floor
                      Stamford, CT 06905
                      Telephone: (203) 653-2250
                      Facsimile:  (203) 653-3424
                      jburton@lemberglaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2014, a true and correct copy of the foregoing was filed with the clerk of the court through the CM/ECF system which sent notice of such filing to the following:

James J. Jarecki
Pa Higher ED Assist Agy
1200 North Seventh St
Harrisburg, PA 17102

                                                             By /s/ Jody B. Burton_____
                                                                Jody B. Burton