IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANICE ARUFFO | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 14-CV-311 |
| | : | |
| AMERICAN EDUCATION SERVICES | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

**ORDER**

AND NOW, this 4TH day of March, 2014, upon consideration of Defendant's Motion to Dismiss (Doc. No. 3) and Plaintiff's Notice of Voluntary Dismissal (Doc. No. 4), it is hereby ORDERED that Defendant's Motion (Doc. No. 3) is DENIED as MOOT.

It is FURTHER ORDERED that Plaintiff's claims against Defendant American Education Services are DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).[1]

---

[1] Rule 41(a)(1)(A) provides that a plaintiff may voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion to dismiss. Fed. R. Civ. P. 41(a)(1)(A). The effect of such a notice is a dismissal of the action without prejudice. Fed. R. Civ. P. 41(a)(1)(B). In the present case, Defendant American Education Services has served neither an answer or a motion for summary judgment.

1

BY THE COURT:

_____
J. CURTIS JOYNER, J.